**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SECURITIES & EXCHANGE                    No. C 98-03739 WHA
     COMMISSION,
11
                    Plaintiff,
12
        v.                                    **ORDER RE ADMINISTRATIVE
13                                            APPLICATION IN SUPPORT OF
     MAMIE TANG, DEBORAH MELLO and            PAYMENT OF TAX
14   VICTORIA S. GONG,                        ADMINISTRATOR FEES**

15                  Defendants,

16      and

17   RICHARD TANG, AMY TANG, EMILY
     TANG, THE TANG CHILDREN'S TRUST
18   AND BOARD STREET SECURITIES,

19                  Relief Defendants.
                                        /
20

21        The Court has received the SEC's miscellaneous administrative application in support of

22   payment of tax administrator fees.  Although the SEC believes that opposition is unlikely, the

23   Court would still like to give defendants the opportunity to respond.  Defendants should file a

24   response by **FRIDAY, APRIL 18, 2008**, at **NOON**, if they wish to oppose the motion.  If no

25   opposition is received by the deadline, the application will be granted.

26        **IT IS SO ORDERED.**

27

28   Dated:  April 11, 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE