1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SECURITIES & EXCHANGE                    No. C 98-03739 WHA
     COMMISSION,
11
                     Plaintiff,
12
          v.                                  **ORDER GRANTING**
13                                            **MISCELLANEOUS**
                                              **ADMINISTRATIVE**
14   MAMIE TANG, DEBORAH MELLO and            **APPLICATION IN SUPPORT OF**
     VICTORIA S. GONG,                        **PAYMENT OF TAX**
15                                            **ADMINISTRATOR FEES**
                     Defendants,
16
          and
17
     RICHARD TANG, AMY TANG, EMILY
18   TANG, THE TANG CHILDREN'S TRUST
     AND BOARD STREET SECURITIES,
19
                     Relief Defendants.
20   _____/

21        Plaintiff SEC submitted a miscellaneous administrative application for an order

22   authorizing the payment of $5,431.88 in tax administration fees from the funds that defendants

23   and relief defendants previously deposited into the Court's registry for this matter.  An order

24   dated April 11, 2008, requested that defendants file a response by April 18, 2008, if they wished

25   to oppose the motion.  Because no opposition was ever received, the application is **GRANTED**.

26        **IT IS SO ORDERED.**

27   Dated:  April 21, 2008.
                                              WILLIAM ALSUP
28                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California